IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA D. BIGGS EL,<br>*Plaintiff,*<br><br>v.<br><br>JOSH SHAPIRO, *et al.*,<br>*Defendants.* | :<br>:<br>:<br>:    CIVIL NO. 25-4659<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this **28th** day of **January 2026**, upon consideration of Defendant Livanta LLC's Motion to Dismiss Plaintiff's Complaint (ECF No. 16); Motion to Dismiss Plaintiff's Complaint by Defendant, Helena Kurniawan, D.O. (ECF No. 18); Motion to Dismiss of Defendants, Red Willow Dialysis, LLC d/b/a Franklin Commons Dialysis and Red Willow Dialysis, LLC d/b/a Willow Grove Dialysis and Javier J. Rodriguez to Plaintiff's Complaint (ECF No. 22); Plaintiff's Motion Not to Dismiss Plaintiff's Complaint Against Defendant, Livanta LLC (ECF No. 25); Defendant, Holy Redeemer Health System d/b/a Holy Redeemer Hospital's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) & (6) (ECF No. 28); Defendant Livanta LLC's Reply to Plaintiff's Response to Livanta LLC's Motion to Dismiss (ECF No. 29); Motion to Dismiss Plaintiff's Complaint by Defendants The Trustees of the University of Pennsylvania, Kevin B. Mahoney, Lisa Sator, Gemma Oetzel, Nicholas Jabco, Yonghong Huan, Samer Mohandes, and Anika Vaidy (ECF No. 30); Defendants, Dr. Aaron Diodata and Dr. Melchiore Vernace's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(1) and (6) (ECF No. 33); Defendant, Holy Redeemer Health System d/b/a Holy Redeemer Hospital's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to File a Certificate of Merit (ECF No. 40); Defendants, Dr. Aaron Diodato and Dr. Melchiore Vernace's Motion to Dismiss

Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 41(b) (ECF No. 49); Defendant, Helena Kurniawan, D.O.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to File a Certificate of Merit (ECF No. 50); and Plaintiff, Cynthia D. Biggs El's, Motion Not to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to File a Certificate of Merit (ECF No. 52), it is hereby **ORDERED** as follows:

1. Defendant Livanta LLC's Motion to Dismiss Plaintiff's Complaint (ECF No. 16) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

2. Motion to Dismiss Plaintiff's Complaint by Defendant, Helena Kurniawan, D.O. (ECF No. 18) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

3. Motion to Dismiss of Defendants, Red Willow Dialysis, LLC d/b/a Franklin Commons Dialysis and Red Willow Dialysis, LLC d/b/a Willow Grove Dialysis and Javier J. Rodriguez to Plaintiff's Complaint (ECF No. 22) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

4. Plaintiff's Motion Not to Dismiss Plaintiff's Complaint Against Defendant, Livanta LLC (ECF No. 25) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

5. Defendant, Holy Redeemer Health System d/b/a Holy Redeemer Hospital's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) & (6) (ECF No. 28) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

6. Motion to Dismiss Plaintiff's Complaint by Defendants The Trustees of the University of Pennsylvania, Kevin B. Mahoney, Lisa Sator, Gemma Oetzel, Nicholas Jabco,

Yonghong Huan, Samer Mohandes, and Anika Vaidy (ECF No. 30) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

7. Defendants, Dr. Aaron Diodata and Dr. Melchiore Vernace's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(1) and (6) (ECF No. 33) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

8. Defendant, Holy Redeemer Health System d/b/a Holy Redeemer Hospital's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to File a Certificate of Merit (ECF No. 40) is **DENIED WITHOUT PREJUDICE** as moot for the reasons stated in the accompanying memorandum opinion.

9. Defendants, Dr. Aaron Diodato and Dr. Melchiore Vernace's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 41(b) (ECF No. 49) is **DENIED WITHOUT PREJUDICE** as moot for the reasons stated in the accompanying memorandum opinion.

10. Defendant, Helena Kurniawan, D.O.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to File a Certificate of Merit (ECF No. 50) is **DENIED WITHOUT PREJUDICE** as moot for the reasons stated in the accompanying memorandum opinion.

11. Plaintiff, Cynthia D. Biggs El's, Motion Not to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to File a Certificate of Merit (ECF No. 52) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

12. The Complaint will be **DISMISSED WITHOUT PREJUDICE** as to Defendants Livanta LLC; Helena Kurniawan; Red Willow Dialysis, LLC d/b/a Franklin Commons Dialysis, and Red Willow Dialysis, LLC d/b/a Willow Grove Dialysis (incorrectly

identified as "DaVita Healthcare Company," "DaVita Willow Grove Dialysis," and "DaVita Franklin Commons Dialysis"); Javier J. Rodriguez; Holy Redeemer Health System d/b/a Holy Redeemer Hospital (incorrectly identified as "Holy Redeemer Hospital"); The Trustees of the University of Pennsylvania (incorrectly identified as "University of Pennsylvania Hospital (HUP)," "Perelman School of Medicine," "Penn Medicine," "University of Pennsylvania Health System," and "Penn Medicine Doylestown Health (formerly Doylestown Hospital)"); Kevin B. Mahoney; Lisa Sator; Gemma Oetzel; Nicholas Jabco; Yonghong Huan; Samer Mohandes; Anika Vaidy; Aaron Diodata; and Melchiore Vernace.  For the avoidance of doubt, the Complaint will also be **DISMISSED WITHOUT PREJUDICE** as to Defendants DaVita Healthcare Company; DaVita Willow Grove Dialysis; DaVita Franklin Commons Dialysis; University of Pennsylvania Hospital (HUP); Perelman School of Medicine; Penn Medicine; University of Pennsylvania Health System; Penn Medicine Doylestown Health (formerly Doylestown Hospital); and Holy Redeemer Hospital. The Clerk of the Court is **DIRECTED** to terminate these aforementioned Defendants from the docket.

13. Plaintiff may file an amended complaint within **thirty (30) days** of the date of this Order, on or before <u>**February 27, 2026**</u>.  After thirty days, if Plaintiff does not file an amended complaint, the Court will issue a final order dismissing the case.

                **BY THE COURT:**

                /s/ **Chad F. Kenney**

                **CHAD F. KENNEY, JUDGE**